UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DEC LAND CO., LLC, ET AL | CIVIL ACTION NO. 20-cv-0147 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| GRIGSBY PETROLEUM, INC., ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the court is a Motion to Withdraw filed by Kevin J. Severson, counsel for defendant BSI Operating, LLC. Doc. 6. Counsel represents in the motion that he has recently become in conflict with BSI. The motion is **granted**.

Organizations such as corporations or limited liability companies cannot appear pro se. Furthermore, an officer, director, manager or employee of an organization generally cannot appear in a representative capacity in legal proceedings for that organization. Memon v. Allied Domecq Qsr, 385 F.3d 871, 873 (5th Cir. 2004); Southwest Express Co. v. Interstate Commerce Commission, 670 F.2d 53, 55 (5th Cir. 1982). Thus, it is essential that an organization such as a limited liability company have counsel.

Accordingly, BSI Operating, LLC must enroll new counsel by **March 20, 2020**. If it fails to enroll new counsel by the March 20, 2020, deadline, its answer (Doc. 1, Exh. 3) will be stricken from the record, and a default will be entered against it. That may lead to the entry of a default judgment.

The clerk is directed to (1) mail a copy of this Order to BSI at the address shown in the Motion to Withdraw (BSI Operating, LLC, 1746F South Victoria Ave., #382, Ventura, CA 93003-6592); and (2) make an entry on the docket sheet regarding the mailing.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 24th day of February, 2020.

Mark L. Hornsby
U.S. Magistrate Judge